GEORGE BROWN agt. BENJAMIN C. COOK.

The *place* of residence of an attorney (upon whom papers are served for a motion), *must be stated in the affidavit of service,* otherwise it will be held bad proof of service.

*December Term,* 1845.

MOTION by defendant to change venue.

An objection was taken to the \*making of this mo-   [\*41] tion, on the ground of defective proof of service of the papers. The affidavit of service read as follows, ("title of the cause,") "Livingston county, *ss.*: Moses Stevens of Dansville, in said county, being duly sworn, says, that he at the request of Benjamin C. Cook, the defendant in person in this cause, did on the 25th day of September last serve the plaintiff's attorneys with a copy of the foregoing affidavit, notice of motion and order staying proceedings in this said cause, and that the said service was made by carefully enveloping said copy affidavit, notice of motion and order in a wrapper, and putting the same in the post-office directed to Spencer & Kernan, the said attorneys for the said plaintiff in this cause, at their place of residence, and paying postage thereon." It was objected that the affidavit did not state *the place* of residence of the attorneys.

A. TABER, *defendant's counsel.*

B. C. COOK, *defendant in pro. per.*

N. HILL, JR., *plaintiff's counsel.*
SPENCER & KERNAN, *plaintiff's attorneys*

JEWETT, Justice. Denied the motion with costs without prejudice, on the ground that the place of residence of the attorneys was not stated in the affidavit of service.